FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0208

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0208

_____

JACKPOT FARMS, INC. a Montana Corporation,

     Plaintiff and Appellee,

v.

JOHNS FARMS, INC., a Montana Corporation,

     Defendant and Appellant.

O R D E R

_____

Appellant Johns Farms, Inc., by counsel, has filed a motion for an extension of time within which to file the reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before September 3, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2020